# *United States District Court*

*District of Minnesota*

Diversified Business Credit, Inc.

Plaintiff(s)

-vs-

Oasis Dairy Farms, Inc. and
John Krasowsky

Civil Action 00-2259RHK/JMM

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that ~~Oasis Dairy Farms & John Krasowsky,~~ defendant (s) is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Oasis Dairy Farms, Inc., and
John Krasowsky

this 24th day of November, ~~19~~ 2000

FRANCIS E. DOSAL, CLERK

By Denise C. La Ford
Deputy Clerk

5