UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diversified Business Credit, Inc., a Minnesota corporation

Plaintiff,

v.

Civil No. 00-2259 RHK/JMM
**ORDER**

Oasis Dairy Farms, Inc., a New Mexico corporation, and John Krasowsky, resident,

Defendant.

This matter came on for hearing before the undersigned on January 4, 2001, on Plaintiff's Motion for Default Judgment. Appearing on behalf of Plaintiff in this matter was Kai H. Richter, Esq., of Maslon, Edelman, Borman & Brand, L.L.P. No appearance was made by or on behalf of the Defendant Oasis Dairy Farms, Inc. or Defendant John Krasowsky. Upon all of the files, records and proceedings herein, and the representations of counsel made on the record at the hearing, **IT IS ORDERED THAT:**

1. Plaintiff's Motion for Default Judgment (Doc. No. 6) is **GRANTED**; and
2. The Clerk of Court shall enter judgment against Defendants Oasis Dairy Farms, Inc. and John Krasowsky in the amount of eighty six thousand seven hundred ninety-seven dollars and forty-five cents ($86,797.45).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 4, 2001

RICHARD H. KYLE
United States District Judge

FILED JAN 0 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 0 4 2001
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JAN 0 4 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995